**THIS ORDER IS APPROVED.**

**Dated: November 24, 2010**

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-30857

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Shauna Rae Frazer<br>         Debtor.<br>_____<br>Wells Fargo Bank, N.A.<br>         Movant,<br>   vs.<br>Shauna Rae Frazer, Debtor, Gayle E. Mills, Trustee.<br>         Respondents. | No. 4:10-bk-33846-JMM<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #9) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated August 23, 2004 and recorded in the office of the Pinal County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Shauna Rae Frazer has an interest in, further described as:

> Unit Eighty Nine (89), of THIRD AMENDED AND FINAL PLAT FOR MOUNTAIN VISTA VILLAS CONDOMINIUMS. a condominium as created by that certain Declaration recorded February 28, 2003 as 2003-013193, of official records and as shown on the pIat of said condominium recorded February 12, 2003 as Cabinet D, Slide 199, in the office of the County recorder of Pinal County, Arizona.
> Together with a proportionate interest in and 10 the Common Areas. as set forth in said Declaration and as shown on said pIat.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.